JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone No. (323) 938-4000
Facsimile No. (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EE, | CV 16-5894-E |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of three thousand one hundred dollars and no cents ($3,100.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATE 5/30/17

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

1